**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:19-CV-345-RJC-DCK**

| | | |
|---|---|---|
| **PATRICK J. AMANUEL SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **UNITED PARCEL SERVICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

       **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Ethan Goemann, concerning J. Stanton Hill on September 16, 2019. J. Stanton Hill seeks to appear as counsel *pro hac vice* for Defendant United Parcel Services, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

       **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. J. Stanton Hill is hereby admitted *pro hac vice* to represent Defendant United Parcel Service, Inc.

Signed: September 16, 2019

David C. Keesler
United States Magistrate Judge