IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-345-RJC-DCK

| | |
|---|---|
| PATRICK J. AMANUEL SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED PARCEL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Ethan Goemann, concerning Nancy E. Rafuse on September 16, 2019. Nancy E. Rafuse seeks to appear as counsel *pro hac vice* for Defendant United Parcel Services, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Nancy E. Rafuse is hereby admitted *pro hac vice* to represent Defendant United Parcel Service, Inc.

Signed: September 16, 2019

David C. Keesler
United States Magistrate Judge